Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

**RECEIVED**
**UNITED STATES MARSHALS**

**FEB 20 2020**

**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Lillian Lee a/k/a Chasitiy Smith, a/k/a Let Let, a/k/a Lele | ) Case No.   3:20-cr-42-08 |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*          Lillian Lee a/k/a Chasitiy Smith, a/k/a Let Let, a/k/a Lele          ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ❑ Complaint

❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance;
Money Laundering Conspiracy;
Maintaining a Drug-Involved Premise;
Aiding and Abetting; and
Forfeiture Allegation

Date:   02/20/2020

*/s/ Jackie Stewart*

*Issuing officer's signature*

City and state:   Fargo, ND

Jackie Stewart, Deputy Clerk

*Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)* 2/20/2020 , and the person was arrested on *(date)* 7/15/2020
at *(city and state)*  Detroit, MI .

Date:  7/17/2020

*Arresting officer's signature*

Brad Flaa, SDUSM

*Printed name and title*

Case 3:20-cr-00042-PDW *SEALED*   Document 33   Filed 07/20/20   Page 2 of 2

AO 442  (Rev. 10/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: _____