| | |
|---|---|
| UNITED STATES OF AMERICA | IN DISTRICT COURT |
| STATE OF NORTH DAKOTA | NORTHEASTERN DIVISION |

United States of America,  )
                                        )
        Plaintiff,  )
                                        )
    vs.  )        Case No.: 3:20-CR-00042
                                        )
Lillian Lee,  )        **Request for Notice Pursuant**
                                        )        **to Fed.R.Evid. 404(b)**
        Defendant.  )

[1]    The above named Defendant, Lillian Lee, by and through her attorney, Todd D. Burianek, requests that the U.S. Attorney provide the undersigned with the general nature of any and all evidence which the United States intends to offer at trial, pursuant to the provisions of Fed.R.Evid. 404(b), sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that this information be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, not later than fifteen (15) days before trial.

Respectfully submitted this  3rd  day of November, 2020.

                                          /S/ Todd D. Burianek
                                          Todd D. Burianek (ND Bar Id# 04768)
                                          Burianek Law Office
                                          53 West 5th Street
                                          Grafton, ND 58237
                                          701.352.3154
                                          burianek@polarcomm.com
                                          Attorney for the Defendant